No. 96–1941. KITZE v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 96–1942. CMI, INC. v. INTOXIMETERS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–1943. STALLWORTH v. HERMAN, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari denied.

No. 96–1944. NORTON ET AL. v. FEDERAL TRADE COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1945. MUSSER v. DAMROW ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1946. NIELSON v. SYRETT CORP. C. A. 10th Cir. Certiorari denied.

No. 96–1947. STANTON v. DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Certiorari denied.

No. 96–1949. SMELSER v. NORFOLK & WESTERN RAILWAY CO. C. A. 6th Cir. Certiorari denied.

No. 96–1950. TRIVEDI v. COOPER. C. A. 2d Cir. Certiorari denied.

No. 96–1951. VAUGHT ET AL. v. SHOWA DENKO K. K. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1952. HOLT v. LEWIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1953. KNOX ET VIR v. SANDOZ PHARMACEUTICALS CORP. C. A. 5th Cir. Certiorari denied.

No. 96–1954. BALLENGER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–1955. HOLSUM BAKERS OF PUERTO RICO, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.